IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR JOSEPH RODELLA,

      Plaintiff,                  No. CIV S-08-2291 KJM P

     vs.

TERRY JACKSON, et al.,

      Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the form used by plaintiff for his application to proceed in forma pauperis is not the one used by this district. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application on the proper form and a certified copy of his prison trust account statement in support of his application.

/////

/////

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Plaintiff shall submit, within thirty days from the date of this order, a

3 completed affidavit in support of his request to proceed in forma pauperis on the form provided

4 by the Clerk of Court;

5  2. The Clerk of the Court is directed to send plaintiff a new Application to

6 Proceed In Forma Pauperis By a Prisoner; and

7  3. Plaintiff shall submit, within thirty days from the date of this order, a certified

8 copy of his prison trust account statement for the six month period immediately preceding the

9 filing of the complaint. Plaintiff's failure to comply with this order will result in a

10 recommendation that this action be dismissed without prejudice.

11 DATED: October 20, 2008.

_____
U.S. MAGISTRATE JUDGE

14 1/ke
rode2291.3c+new